1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA C. GUICO,<br><br>                                    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>                                    Defendants. | Case No. 21-cv-2005-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT NATIONSTAR MORTGAGE LLC**<br><br>[Doc. No. 18] |

On May 16, 2022, Plaintiff Victoria C. Guico and Defendant Nationstar Mortgage LLC ("Defendant Nationstar") filed a joint motion to dismiss Plaintiff's claims against Defendant Nationstar with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 18. Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** Plaintiff's claims against Defendant Nationstar **with prejudice**. Each party shall bear its own attorneys' fees and costs.

   **IT IS SO ORDERED**.

Dated: May 16, 2022

_____
HON. MICHAEL M. ANELLO
United States District Judge